IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

D'ANGELO CHENOWETH,

                Plaintiff,

v.                                                                    OPINION and ORDER

ERIK ALBECK, ANDREW REED, DEPUTY LYGA,            23-cv-390-jdp
DEPUTY FUENTES, and SERGEANT DODD,

                Defendants.

---

Plaintiff D'Angelo Chenoweth, without counsel, alleges that members of the Rock County Sheriff's Department used excessive force against him after he was taken to jail following a traffic stop. Defendants moved to dismiss or stay the case pending resolution of criminal charges stemming from the traffic stop. Dkt. 11. Chenoweth did not respond to that motion, and documents that the court sent to Chenoweth at his last known address have been returned as undeliverable.

I previously warned Chenoweth that if he moved while the case was pending he would have to inform the court of his new address. Chenoweth has failed to do that, and he is now unreachable. So I will dismiss this case for his failure to prosecute it.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice for plaintiff's failure to prosecute it.
2. Defendants' motion to dismiss or stay the case, Dkt. 11, is DENIED as moot.

3. The clerk of court is directed to enter judgment accordingly and close this case.

Entered May 2, 2024.

                        BY THE COURT:

                        /s/

                        _____
                        JAMES D. PETERSON
                        District Judge